AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Beezer, Robert R | 2. Court or Organization<br><br>U.S. Court of Appeals-9th Cir. | 3. Date of Report<br><br>03/30/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>301 Park Place Building<br>1200 Sixth Avenue<br>Seattle, WA 98101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 See Part VIII A |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 APR -2 A 11: 03 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 03/30/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 03/30/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | 2006 Honorary membership** | The Rainier Club, Seattle, WA | $ 0.0 |
| 2. | 2006 Honorary membership** | The Harbor Club, Seattle, WA | $ 0.0 |
| 3. | **See Part VIII B | | $ 0.0 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 03/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Coca Cola, Common | D | Dividend | M | T | | | | | |
| 2.  Bell South, Common | C | Dividend | | | Merger | | | | See Part VIII C.7 |
| 3.  Verizon Communications, Common | C | Dividend | L | T | | | | | |
| 4.  AT&T, Inc. Common | D | Dividend | N | T | | | | | See Part VIII C.7 |
| 5.  Fortune Brands, Common | B | Dividend | M | T | | | | | |
| 6.  Exxon, Common | D | Dividend | O | T | | | | | |
| 7.  Ford Motor, Common | A | Dividend | J | T | | | | | |
| 8.  U.S. Treasury Bond 11-1/4 2015 | D | Interest | L | T | | | | | |
| 9.  Merrill Lynch Mun. Bond Fund | D | Interest | | | Sell | 9/27 | M | D | See Part VIII C.1 |
| 10.  Proc. & Gamble, Common | D | Dividend | N | T | | | | | |
| 11.  Union Bank of Calif., Seattle, | C | Interest | M | T | | | | | |
| 12.  Bethlehem Steel, Common | | None | J | T | | | | | |
| 13.  U.S. Treasury Bond 10-5/8 (2015) | D | Interest | M | T | | | | | |
| 14.  Bank of America, Common | D | Dividend | M | T | | | | | |
| 15.  Scottish Power, Common | D | Dividend | K | T | | | | | See Part VIII C.3 |
| 16.  Puget Sound Energy, Common | A | Dividend | J | T | | | | | |
| 17.  Edison International, Common | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns C1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 03/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Aegon, Common | A | Dividend | J | T | | | | | |
| 19. Ft. Dearborn, Common | A | Dividend | J | T | | | | | |
| 20. Tri Continental, Common | A | Dividend | K | T | | | | | See Part VIII C.1 |
| 21. General Electric, Common | C | Dividend | M | T | | | | | |
| 22. Dow Chemical, Common | A | Dividend | K | T | | | | | |
| 23. Clorox, Common | A | Dividend | L | T | | | | | |
| 24. Int. Paper, Common | A | Dividend | J | T | | | | | |
| 25. IBM, Common | A | Dividend | L | T | | | | | |
| 26. T. Rowe Price, New Era | C | Dividend | N | T | | | | | See Part VIII C.1 |
| 27. T. Rowe Price, New Horizons | D | Dividend | M | T | | | | | See Part VIII C.1 |
| 28. NL Industries, Common | A | Dividend | J | T | | | | | |
| 29. Bank of America, Savings | A | Interest | L | T | | | | | |
| 30. U.S. Treasury Bond 9% (2018) | C | Interest | L | T | | | | | |
| 31. Great Northern Iron Ore Trust Certificate | B | Dividend | K | T | | | | | |
| 32. Treasury Direct (No. 1) | E | Interest | O | T | | | | | See Part VIII C.2 |
| 33. Treasury Direct (No. 2) | H1 | Interest | O | T | | | | | See Part VIII C.2 |
| 34. Pioneer Natural Resources, Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 03/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Starbucks, Common | | None | M | T | | | | | |
| 36. US Bank, Seattle | A | Interest | L | T | | | | | |
| 37. Key Bank, Seattle | A | Interest | L | T | | | | | |
| 38. Washington Mutual Savings, Seattle | B | Interest | L | T | | | | | |
| 39. Wells Fargo Bank,Seattle | C | Interest | L | T | | | | | |
| 40. Vodafone, Common | C | Dividend | K | T | | | | | |
| 41. Cytec, Common | A | Dividend | J | T | | | | | |
| 42. Tesoro, Common | A | Dividend | M | T | | | | | |
| 43. U.S. Treasury Bond 8% (2021) | C | Interest | L | T | | | | | |
| 44. Alcatel Lucent, formerly Lucent Technology, Common | | None | J | T | | | | | See Part VIII C.6 |
| 45. NCR Corp., Common | | None | J | T | | | | | |
| 46. Gallaher, ADRS | C | Dividend | M | T | | | | | |
| 47. Qwest, , Common | | None | J | T | | | | | |
| 48. Citigroup, Common | A | Dividend | J | T | | | | | |
| 49. Halliburton, Common | A | Dividend | J | T | | | | | See Part VIII C.4 |
| 50. U.S. Treasury Bond 6% (2026) | D | Interest | M | T | | | | | |
| 51. Avaya Communications, Common | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R | 03/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Visteon Corporation, Common | | None | J | T | | | | | |
| 53. Minnesota GO 2010 5% | C | Interest | M | T | | | | | |
| 54. Home Street Bank, Seattle | C | Interest | L | T | | | | | |
| 55. Washington Federal S&L, Seattle | C | Interest | M | T | | | | | |
| 56. Verity Credit Union | A | Interest | K | T | | | | | |
| 57. St. Paul Travelers | A | Dividend | J | T | | | | | |
| 58. Comcast, Class A, Common | | None | K | T | | | | | |
| 59. Treasury Direct No. 3 | E | Interest | O | T | | | | | See Part VIII C.2 |
| 60. Kronos Worldwide | A | Dividend | J | T | | | | | |
| 61. St. Paul Travelers Companies, Inc. | A | Dividend | J | T | | | | | |
| 62. Acco Brands | | None | J | T | | | | | |
| 63. Agere Systems, Common | | None | J | T | | | | | |
| 64. J.M. Smucker | A | Dividend | J | T | | | | | |
| 65. Udeabc | | None | J | T | | | | | See Part VIII C.5 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

A. Explanation for Part I: Positions. Also, Part VII: Investments and Trusts

Robert R. Beezer is named as trustee under the terms of a last will and testament establishing Trust #1. During 2006, the trust received income in an amount of Income Code E.

As of December 31, 2006, Trust #1 held assets as follows:

| Item | Value Code |
| --- | --- |
| Shares of General Electric, Common | J |
| U.S. Treasury Bonds 10-5/8 due 2015 | M |
| Shares of AT&T, Inc. Common | K |
| Checking account, Union Bank of California, Seattle, WA | J |

Robert R. Beezer has no interest, present or future, in the income or assets of Trust #1

B. Explanation for Part V: Gifts

**These memberships are limited to signing privileges and permit use of club facilities. They do not have a fixed monetary value but each is estimated to have a value in excess of $500.00

C. Explanation for Part VII: Investments and Trusts

1. Dividend reinvestments resulted in the the receipt of additional shares from the following firms during calendar year 2006 as follows:

Merrill Lynch Municipal Bond Fund
Tri Continental Corporation
T. Rowe Price, New Era Fund
T. Rowe Price, New Horizon

2. All treasury bills were maintained in Treasury Direct accounts and are reported in 2006 as a single entry. During 2006, principal deposits were made to these accounts in the following amounts:

Account No. 1   Value Code K
Account No. 2   Value Code L
Account No. 3   Value Code K

3. On June 20, 2006, shares of Scottish Power surrendered in exchange for shares in a reverse stock split together with cash for fractional shares.

4. On July 14, 2006, Haliburton Company effected a 2:1 stock split.

5. On November 17, 2006, Verizon effected a spin-off of shares in Ideanc.

6. On November 30, 2006, Lucent effected a merger with Alcatel which continued to do business as Alcatel-Lucent. Shares of stock and cash for fractional shares were distributed as of the effective date.

7. On December 29, 2006, a merger of Bell South into AT&T was effective. Shares of AT&T were issued to Bell South shareholders on a ratio of 1.312 for 1 plus cash for fractional shares.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____March 30, 2007

NOTE: ANY I[...] [...]Y FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMIN[...]

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544